1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 509-7051

5 | Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BELVA GONZALES, | ) | CASE NO: 10-3412 EFB |
|---|---|---|
|  | ) |  |
|  | ) | **STIPULATION AND** |
|  | ) | **ORDER EXTENDING PLAINTIFF'S** |
| Plaintiff, | ) | **TIME TO FILE SUMMARY** |
|  | ) | **JUDGEMENT MOTION** |
| v. | ) |  |
|  | ) |  |
| MICHAEL J. ASTRUE | ) |  |
| Commissioner of Social Security | ) |  |
| of the United States of America, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from June 7, 2011, to August 9, 2011. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule, office move, and need to prioritize older cases.

/ / / /

/ / / /

/ / / /

1

1 | Dated: June 6, 2011 */s/Bess M. Brewer*
BESS M. BREWER
2 | Attorney at Law

3 | Attorney for Plaintiff

4

5
Dated: June 6, 2011 Benjamin B. Wagner
6
United States Attorney
7
/s/ Elizabeth Firer
8 ELIZABETH FIRER

9 Special Assistant United States Attorney
Attorneys for Defendant

10

11 **ORDER**

12 APPROVED AND SO ORDERED.

13 DATED: June 7, 2011.

14

15 EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2