1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    **IN THE UNITED STATES DISTRICT COURT**
9
                         **EASTERN DISTRICT OF CALIFORNIA**
10

11 **BELVA GONZALES**                    )   CASE NO: 10-3412 EFB
                                         )
12                                       )
                                         )   **STIPULATION AND**
13                                       )   **ORDER EXTENDING PLAINTIFF'S**
           **Plaintiff,**                )   **TIME TO FILE SUMMARY**
14                                       )   **JUDGEMENT MOTION**
   **v.**                                )
15                                       )
   **MICHAEL J. ASTRUE**                 )
16 **Commissioner of Social Security**   )
   **of the United States of America,**  )
17                                       )
           **Defendant.**                 )
18                                       )
                                         )
19 _____

20      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 Plaintiff's time to file his summary judgment is hereby extended from August 9, 2011, to September 13,

22 2011.  This extension is required due to Plaintiff's counsel's briefing schedule and need to prioritize

23 older cases.

24

25 / / / /

26 / / / /

27 / / / /

28

                                            1

| | | |
|---|---|---|
| 1 | Dated: August 9, 2011 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER |
| | | Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: August 9, 2011        Benjamin B. Wagner
                             United States Attorney

                             /s/ Elizabeth Firer
                             ELIZABETH FIRER
                             Special Assistant United States Attorney
                             Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.  Plaintiff is advised that given the length of time since defendant's answer and the administrative transcript were filed, the court is not inclined to grant plaintiff any further extensions in this case absent a showing of substantial cause.

DATED:  August 9, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE