1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 **BELVA GONZALES**                )   CASE NO: 10-3412 EFB
                                     )
12                                   )
                                     )   STIPULATION AND ~~PROPOSED~~
13                                   )   ORDER EXTENDING PLAINTIFF'S
           **Plaintiff,**             )   TIME TO FILE SUMMARY
14                                   )   JUDGEMENT MOTION
   **v.**                            )
15                                   )
   **MICHAEL J. ASTRUE**             )
16 **Commissioner of Social Security** )
   **of the United States of America,** )
17                                   )
           **Defendant.**             )
18                                   )
                                     )
19 _____ )

20      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 Plaintiff's time to file his summary judgment is hereby extended to September 21, 2011.  This extension

22 is required due to Plaintiff's counsel's need to address a mental health crisis with a family member

23 which began the evening of September 13, 2011, and extended through September 17, 2011. *See*,

24 Declaration of Counsel.

25

26 / / / /

27 / / / /

28 / / / /

1

| | |
|---|---|
| Dated: September 19, 2011 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: September 19, 2011 | Benjamin B. Wagner <br> United States Attorney <br> /s/ Elizabeth Firer <br> ELIZABETH FIRER <br> Special Assistant United States Attorney <br> Attorneys for Defendant |

## DECLARATION OF BESS M. BREWER

1. I represent the plaintiff in the above referenced case pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file her motion for summary judgment.

2. Plaintiff's brief was due September 13, 2011. Unfortunately, I was unable to complete her brief because I was needed to help deal with the mental health crisis of a family member.

3. At this time, I request until Wednesday, September 21, 2011, within which to file plaintiff's summary judgment motion.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on September 19, 2011, in Sacramento, California.                       /s/ Bess M. Brewer

BESS M. BREWER

### ORDER

APPROVED AND SO ORDERED.

DATED: September 20, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2