BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8972
    Facsimile:  (415) 744-0134
    Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| BELVA GONZALES,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>            Defendant. | Case No.  CIV-2:10-cv-03412 EFB<br><br>STIPULATION AND ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until December 21, 2011, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

    This is Defendant's second request for an extension of time in this matter.

                                           Respectfully submitted,

Dated: November 18, 2011        */s/ Bess M. Brewer*
                                               (as authorized via e-mail)
                                               BESS M. BREWER
                                               Attorney for Plaintiff

```
                              BENJAMIN WAGNER
                              United States Attorney

Dated: November 18, 2011      By /s/ Elizabeth Barry
                              ELIZABETH BARRY
                              Special Assistant U.S. Attorney
                              Attorneys for Defendant
```

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  November 22, 2011.

```
                        _____
                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE
```