```
 1  BENJAMIN WAGNER CSBN 163581
    United States Attorney
 2  DONNA L. CALVERT SBN IL 619786
    Acting Regional Chief Counsel, Region IX
 3  Social Security Administration
    ELIZABETH BARRY CSBN 203314
 4  Special Assistant United States Attorney

 5       333 Market Street, Suite 1500
         San Francisco, California 94105
 6       Telephone:  (415) 977-8972
         Facsimile:  (415) 744-0134
 7       Email: Elizabeth.Barry@ssa.gov

 8
    Attorneys for Defendant
 9
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| BELVA GONZALES, ) | Case No.  CIV-2:10-cv-03412 EFB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | FOR A SECOND EXTENSION FOR |
| ) | DEFENDANT TO FILE NOTICE, MOTION, |
| COMMISSIONER OF ) | AND MEMORANDUM IN SUPPORT OF |
| SOCIAL SECURITY, ) | CROSS-MOTION FOR SUMMARY |
| ) | JUDGMENT AND IN OPPOSITION TO |
| Defendant. ) | PLAINTIFF'S MOTION FOR SUMMARY |
| ) | JUDGMENT |
| _____ ) | |

   IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until December 21, 2011, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

   This is Defendant's second request for an extension of time in this matter.

                          Respectfully submitted,

Dated: November 18, 2011         */s/ Bess M. Brewer*
                                 (as authorized via e-mail)
                                 BESS M. BREWER
                                 Attorney for Plaintiff

|   |   |
|---|---|
|   | BENJAMIN WAGNER<br>United States Attorney |
| Dated: November 18, 2011 | By /s/ Elizabeth Barry<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 22, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE