1 | BENJAMIN WAGNER CSBN 163581
United States Attorney
2 | DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
3 | Social Security Administration
ELIZABETH BARRY CSBN 203314
4 | Special Assistant United States Attorney

5 |     333 Market Street, Suite 1500
San Francisco, California 94105
6 |     Telephone: (415) 977-8972
Facsimile: (415) 744-0134
7 |     Email: Elizabeth.Barry@ssa.gov

8 |

9 | Attorneys for Defendant

10 | **UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

11 | **SACRAMENTO DIVISION**

12 | BELVA GONZALES,         )
                          )
13 |          Plaintiff,    )
                          )
14 |     v.                )
                          )
15 | COMMISSIONER OF       )
SOCIAL SECURITY,      )
16 |                           )
        Defendant.   )
17 | _____ )

Case No. CIV-2:10-cv-03412 EFB

STIPULATION AND ORDER
FOR A THIRD EXTENSION FOR
DEFENDANT TO FILE NOTICE, MOTION,
AND MEMORANDUM IN SUPPORT OF
CROSS-MOTION FOR SUMMARY
JUDGMENT AND IN OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT

.

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until January 20, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

    This is Defendant's third request for an extension of time in this matter. The undersigned counsel for the Defendant requires an extension as a result of a heavy briefing schedule, which includes four dispositive motions due through the end of the month in the following matters, in addition to the Defendant's motion in the above-captioned matter: <u>Battle v. Astrue</u>, SDCA 11-829; <u>Lopez v. Astrue</u>, EDCA 1:11-310; <u>Marsh v. Astrue</u>, NDCA, 3:11-2096; and <u>Eckard v. Astrue</u>, EDCA, 1:11-516. In addition, the undersigned counsel for the Defendant has a family vacation to Chicago planned for the

1   last week of December. Defendant respectfully requests an additional 30-day period in which to

2   complete his briefing.

3                                             Respectfully submitted,

4   Dated: December 21, 2011                */s/ Bess M. Brewer*

                                             (as authorized via e-mail)

5                                    BESS M. BREWER

                                    Attorney for Plaintiff

6

7

8                                    BENJAMIN WAGNER

9                                    United States Attorney

10  Dated: December 21, 2011            By */s/ Elizabeth Barry*

                                    ELIZABETH BARRY

11                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

12

13

14                                  ORDER

15  SO ORDERED.

16  DATED:  January 4, 2012.

17                         EDMUND F. BRENNAN

18                         UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28