1 BENJAMIN WAGNER CSBN 163581
United States Attorney
2 DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
3 Social Security Administration
ELIZABETH BARRY CSBN 203314
4 Special Assistant United States Attorney

5    333 Market Street, Suite 1500
   San Francisco, California 94105
6    Telephone: (415) 977-8972
   Facsimile: (415) 744-0134
7    Email: Elizabeth.Barry@ssa.gov

8
Attorneys for Defendant
9

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

BELVA GONZALES,                    )
                                     )   Case No.  CIV-2:10-cv-03412 EFB
             Plaintiff,        )
                                     )   STIPULATION AND ORDER
    v.                                   )   FOR A THIRD EXTENSION FOR
                                     )   DEFENDANT TO FILE NOTICE, MOTION,
COMMISSIONER OF                    )   AND MEMORANDUM IN SUPPORT OF
SOCIAL SECURITY,                   )   CROSS-MOTION FOR SUMMARY
                                     )   JUDGMENT AND IN OPPOSITION TO
             Defendant.        )   PLAINTIFF'S MOTION FOR SUMMARY
                                     )   JUDGMENT
_____)

.

      IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until January 20, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

      This is Defendant's third request for an extension of time in this matter. The undersigned counsel for the Defendant requires an extension as a result of a heavy briefing schedule, which includes four dispositive motions due through the end of the month in the following matters, in addition to the Defendant's motion in the above-captioned matter: <u>Battle v. Astrue</u>, SDCA 11-829; <u>Lopez v. Astrue</u>, EDCA 1:11-310; <u>Marsh v. Astrue</u>, NDCA, 3:11-2096; and <u>Eckard v. Astrue</u>, EDCA, 1:11-516. In addition, the undersigned counsel for the Defendant has a family vacation to Chicago planned for the

1 last week of December. Defendant respectfully requests an additional 30-day period in which to
2 complete his briefing.

                                Respectfully submitted,

Dated: December 21, 2011         */s/ Bess M. Brewer*
                                (as authorized via e-mail)
                                BESS M. BREWER
                                Attorney for Plaintiff

                                BENJAMIN WAGNER
                                United States Attorney

Dated: December 21, 2011         By */s/ Elizabeth Barry*
                                ELIZABETH BARRY
                                Special Assistant U.S. Attorney
                                Attorneys for Defendant

                                <u>ORDER</u>

SO ORDERED.

DATED:  January 4, 2012.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE